[Civil No. 448.]

LUTHER WILSON, Appellant, v. JAMES R. LOWRY et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

James H. Wright, for Appellant.

Herndon & Norris, for Appellees.

January 31, 1895. Affirmed.

---

[Criminal No. 93.]

WILLIAM JACKSON and W. J. MAUPIN, Appellants, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Apache. J. J. Hawkins, Judge.

J. F. Wilson, and W. H. Burbage, for Appellants.

Francis J. Heney, Attorney-General, and T. G. Norris, for Respondent.

February 23, 1895. Reversed.

---

[Civil No. 389.]

J. D. KINNEAR, Plaintiff, v. JENNIE KINNEAR et al., Defendants and Appellees. WILLIAM SKINNER, Intervenor and Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Richard E. Sloan, Judge.

W. H. Barnes, for Appellant.

William Herring, for Appellees.

February 23, 1895. Affirmed.